# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HEAVEN LEIGH ERICK,<br><br>    Defendant. | Case No. 3:17-cr-00156-SLG-KFR |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON ADMISSIONS

A Petition for Warrant for Person Under Supervised Release for Defendant Erick was filed on March 13, 2023.[1] An Admission Hearing was held before Magistrate Judge Kyle F. Reardon on March 27, 2023, at which Defendant entered admissions to Allegations 1 and 2 of the Petition.[2]

Judge Reardon issued a Final Report and Recommendation Upon an Admission, in which he recommended that the District Court accept Defendant's admission to allegations 1 and 2 of the petition.[3] No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The

---

[1] Dkt. 158.

[2] Dkt. 165.

[3] Dkt. 166.

Court has reviewed the Final Report and Recommendation Upon an Admission and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's admission to Allegations 1 and 2 of the Petition. A Final Disposition hearing has been scheduled for **April 18, 2023, at 10:30 a.m.** before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 14th day of April, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:17-cr-00156-SLG, *United States v. Erick*
Order Re Final Report and Recommendation of the Magistrate Judge Upon Admissions
Page 2 of 2
Case 3:17-cr-00156-SLG-KFR   Document 169   Filed 04/14/23   Page 2 of 2